2869.   ILLINOIS LIFE INSURANCE CO. *v.* CONNELL.

A petition alleging that an insurance company, in consideration of the premiums paid and to be paid, made to the petitioner, who was named as the beneficiary therein, a policy of insurance for a named amount, upon the life of a named person who had' died, and that the petitioner had furnished proofs of death and performed all the conditions imposed by the policy (a complete copy of which was attached to the petition), and further stating that the insurance company had refused to pay the amount due on the policy, or any part thereof, set forth a cause of action.

DECIDED JANUARY 31, 1911.

Action for insurance policy; from city court of Nashville—Judge Buie. July 20, 1910.

*Hendricks & Christian,* for plaintiff in error.

*W. R. Smith,* contra.

· POWELL, J.   This writ of error is brought because the court below overruled a demurrer to the petition. The general nature of

the petition appears from the headnote. We think there was an. adequacy of allegation in the petition; even a shorter petition, one setting forth the facts with less fullness, might have sufficed. In a long statement of facts attached to the brief of the plaintiff in error a great many facts are set forth, which, if true, would present a sufficient defense to the action, but as these matters do not appear of record, they afford no reason for sustaining the demurrer to the petition. It is true that the application attached to the policy recites that the policy is not to be binding unless the first premium is paid, and unless the policy is delivered to the insured while he is in good health; but the allegations of the petition are not consistent with any theory other than that these preliminary conditions were performed.                    *Judgment affirmed.*